UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOHN ARTHUR JOHNSON,

        Plaintiff,

  - against -

JOANNA DAVIS, Warden GMDC; OFFICER
CHAVEZ; CAPTAIN HEADLEY,

        Defendants.

-----------------------------------------------------------X

**JUDGMENT**
12-CV-2449 (RRM) (MDG)

An Order of the undersigned having been filed this day awarding summary judgment to all defendants, it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff take nothing from defendants, and that this action is dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       March 20, 2015

_____
ROSLYNN R. MAUSKOPF
United States District Judge